1  Thomas Spielbauer, Esq.
   SBN 78281
2  THE SPIELBAUER LAW OFFICE
   1400 Coleman Avenue, Suite B23
3  Santa Clara, CA 95050
   (408)213-7440
4  Fax: (610)423-1395
   thomas@spielbauer.com
5  thomas.spielbauer@aol.com

6  Attorney for Plaintiff Lynne Rice

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNNE RICE, | No: 17cv01192NC |
| Plaintiff. | |
| v.s. | **NOTICE OF VOLUNTARY DISMISSAL** |
| LEGAL SOLUTIONS CORPORATION, INC. AND R. JOHN YOUNGS, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff Lynne Rice voluntarily dismisses the above-captioned action with prejudice. This matter has settled.

Dated: August 31, 2017

RESPECTFULLY SUBMITTED
THE SPIELBAUER LAW OFFICE

*[signature]*

by: Thomas Spielbauer, Esq.
Attorney for Plaintiff